*Assistant Attorney General Hoyt* for the petitioner. *Mr. Andrew C. Gray* for the respondent.

## Decisions on Petitions for Writs of Certiorari.

No. 335. MAYER *v.* FULLER, TRUSTEE. Seventh Circuit. Denied October 21, 1901. *Mr. A. B. Browne, Mr. Alexander Britton* and *Mr. Thomas H. Dorr* for the petitioner. *Mr. Charles C. Lancaster* opposing.

No. 394. POWERS *v.* MASSACHUSETTS HOMŒOPATHIC HOSPITAL. First Circuit. Denied October 21, 1901. *Mr. Arthur H. Russell* and *Mr. Theodore H. Russell* for the petitioner. *Mr. Solomon Lincoln* opposing.

No. 399. TOOTLE *v.* COLEMAN. Eighth Circuit. Denied October 21, 1901. *Mr. R. E. Ball* for the petitioners. *Mr. David Smyth* opposing.

No. 404. CITY OF GALVESTON *v.* UNITED STATES MORTGAGE AND TRUST COMPANY. Denied October 21, 1901. *Mr. James B. Stubbs* and *Mr. D. W. Baker* for the petitioner. *Mr. Julian T. Davies, Mr. R. S. Lovett* and *Mr. Brainard Tolles* opposing.

No. 425. WHITMAN *v.* MORTON ; No. 426. SAME *v.* WATTS, AS RECEIVER, AND No. 427. SAME *v.* CITIZENS BANK AT READING, PENNA. Second Circuit. Denied October 21, 1901. *Mr. William G. Wilson* for the petitioners. *Mr. Charles E. Hughes, Mr. Arthur C. Rounds, Mr. Wm. B. Hornblower* and *Mr. McCready Sykes* opposing.